No. 77–1652. FEDERAL ENERGY REGULATORY COMMISSION v. SHELL OIL CO. ET AL.; and

No. 77–1654. CONSUMER ENERGY COUNCIL OF AMERICA v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. 5th Cir. [Certiorari granted, ante, p. 817.] Motions of Action Alliance of Senior Citizens of Greater Philadelphia and United States Conference of Mayors et al. for leave to file briefs as amici curiae granted. MR. JUSTICE STEWART took no part in the consideration or decision of these motions.

No. 78–5321. ADAMS v. FLORIDA, ante, p. 947. Respondent invited to file a response to petition for rehearing within 30 days.

No. 78–5742. BONIFACE v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–5550. WELCH v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.

No. 78–647. MARCHIORO ET AL. v. CHANEY ET AL. Appeal from Sup. Ct. Wash. Probable jurisdiction noted.

No. 78–437. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WESTCOTT ET AL.; and

No. 78–689. SHARP, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS v. WESTCOTT ET AL. Appeals from D. C. Mass. Motion of appellees for leave to proceed in forma pauperis granted. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 460 F. Supp. 737.